The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## NICHOLSON v. STATE.

No. 22350.

Court of Criminal Appeals of Texas.

Jan. 13, 1943.

J. Y. Gray, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a fine of $150 on a charge of driving an automobile on a public highway while intoxicated.

The record is before us without bills of exception.

The procedure is regular and the judgment of the trial court is affirmed.